# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00205-CV

**In re David Bryan Ballard**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, David Bryan Ballard, has filed a document with this Court, which we have construed as a petition for writ of mandamus in this Court. *See Surgitek, Bristol–Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (courts look to substance of pleading rather than its caption or form to determine its nature); *see also* Tex. Gov't Code § 22.221; Tex. R. App. P. 52.1. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

---

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: May 29, 2019